UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LANCE WESTFALL, | ) | CASE NO. 1:17-cv-1026 |
| Plaintiff, | ) ) ) | JUDGE DAN AARON POLSTER |
| vs. | ) ) ) | **FINAL ORDER AND JUDGMENT APPROVING SETTLEMENT** |
| TECHNOLOGY INSTALL PARTNERS, LLC, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Confidential Joint Stipulation of Settlement and Release ("Settlement Agreement") attached to the Joint Motion as Exhibit 1, as well as the Schedule of Individual Payments attached as Exhibit 2.

Having reviewed the Settlement Agreement and the Schedule of Individual Payments, as well as the pleadings and papers filed in this Action, and for good cause established therein, the Court enters this Final Order and Judgment approving the Settlement, as follows:

1. Plaintiff Lance Westfall asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, as well as the Ohio Minimum Fair Wage Standards Act, Ohio Rev. Code Ann. Chapter 4111.

2. The Settlement will cover Plaintiff Lance Westfall as well as the Opt-In Plaintiffs and represented parties listed in the Schedule of Individual Payments, all of whom joined the action by submitting consent forms filed with the Court in accordance with 29 U.S.C. § 216(b).

3. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under the FLSA, 29 U.S.C. § 216(b).

4. The Court approves the Settlement Agreement and Schedule of Individual Payments, and orders that the Settlement Agreement be implemented according to its terms and conditions and as directed herein.

5. The Court finds that the Total Settlement Amount, as well as the proposed distributions to the Plaintiff and Opt-Ins listed in the Schedule of Individual Payments, are fair and reasonable. The Court approves the Schedule of Individual Payments and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

6. The Court approves the proposed service award to Plaintiff Lance Westfall, and orders that such payment be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

7. The Court approves the payment of attorneys' fees and expense reimbursements to Plaintiff's counsel as provided in the Settlement Agreement, and orders that such payments be made in the manner, and subject to the terms and conditions, set forth in the Settlement Agreement.

8. The Court dismisses this Action, and all claims of the named Plaintiff and Opt-Ins, with prejudice. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Final Order and Judgment immediately.

9. As requested by the Parties in the Settlement Agreement, the Court retains jurisdiction over the Action to enforce the terms of the Settlement Agreement and resolve any and all disputes thereunder.

SO ORDERED:

Date: January 8, 2018

_____
Dan Aaron Polster
United States District Judge